# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124 Fax: (914) 948-5109

---

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 1, 2022

The Honorable Vincent L. Briccetti
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Joseph Orengo*
22 cr 252

Dear Judge Briccetti,

Please relieve the Federal Defenders of New York, Inc. from representing Joseph Orengo in the above captioned case. Mr. Orengo recently retained counsel in this matter.

Sincerely,

Rachel Martin
Assistant Federal Defender

cc: Steven Kochevar

APPLICATION GRANTED
SO ORDERED:
Vincent L. Briccetti, U.S.D.J.
Dated: 12/1/22
White Plains, NY

Ms. Martin is relieved with the thanks of the Court.